IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DERRELL A. REDDEN                                           PLAINTIFF
#611419

v.                      No: 3:19-cv-172 DPM

MARTY BOYD, Sheriff, Craighead
County Sheriff Department; KEITH
BOWERS, Jail Administrator, Craighead
County Detention Center; T. RAYMOND,
Jail Administrator, Craighead County
Detention Center; and KEITH HARREL,
Jail Administrator, Craighead County
Detention Center                                           DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Redden has filed an amended complaint. № 4. But he hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2019