IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DERRELL A. REDDEN                                                   PLAINTIFF
#611419

v.                          No: 3:19-cv-172 DPM

MARTY BOYD, Sheriff, Craighead
County Sheriff Department; KEITH
BOWERS, Jail Administrator, Craighead
County Detention Center; T. RAYMOND,
Jail Administrator, Craighead County
Detention Center; and KEITH HARREL,
Jail Administrator, Craighead County
Detention Center                                                    DEFENDANTS

## JUDGMENT

Redden's complaint is dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

24 July 2019